# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE PEYTON,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>JEANICE WOODWORD,<br><br>　　　　　Respondent.<br>_____/ | CV F   05-1334 REC DLB HC<br><br>ORDER VACATING FINDINGS AND RECOMMENDATION OF MARCH 14, 2006, AND GRANTING PETITIONER'S REQUEST FOR EXTENSION OF TIME TO AMEND PETITION<br><br>[Docs. 9, 10] |

　　　　Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

　　　　On March 14, 2006, the Court issued Findings and Recommendations to United States District Judge Robert E. Coyle to dismiss the case for failure to comply with the court's order of January 24, 2006 which ordered petitioner to amend his petition for habeas corpus by February 27, 2006.  The Findings and Recommendations were dated and signed by the undersigned on March 10, 2006.  However, on March 13, 2006, Petitioner had filed for an extension of time to amend his petition due, in part, to the fact that the Court's mailing of the January 24, 2006 Order had been returned to the Court as undeliverable.[1]

　　　　In light of the fact that Petitioner has responded to the Court's March 14, 2006 Findings and Recommendations and submitted good cause, and GOOD CAUSE APPEARING

---

[1] It appears that Petitioner's request for extension of time and the Court's Findings and Recommendations crossed in the mail.

1

THEREFOR, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations of March 14, 2006, is VACATED;
2. Petitioner is granted thirty days from the date of service of this order in which to file his amended petition for writ of habeas corpus in compliance with the Court's January 25, 2006, order; and
3. Failure to comply with this order will result in a recommendation that this action be dismissed for failure to comply with a court order. Local Rule 11-110.

IT IS SO ORDERED.

Dated: **March 22, 2006**             **/s/ Dennis L. Beck**
ah0l4d                                UNITED STATES MAGISTRATE JUDGE