# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LEE PEYTON, | ) | CV F   05-1334 AWI DLB HC |
|         Petitioner, | ) | ORDER DENYING PETITIONER'S REQUEST FOR COPY OF AMENDED PETITION |
| v. | ) | [Doc. 18] |
| JEANICE WOODWORD, | ) | |
|         Respondent. | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On June 26, 2006, Respondent filed a motion to dismiss the petition. (Court Doc. 16.) Petitioner filed an opposition to Respondent's motion, on July 26, 2006. (Court Doc. 17.)

On August 18, 2006, Petitioner filed a request for a copy of the amended petition. (Court Doc. 18.)

On August 28, 2006, the Court issued Findings and Recommendations recommending that Respondent's motion to dismiss be granted. (Court Doc. 19.)

In his request for a copy of the amended petition, Petitioner states that he has been in administrative segregation since January 31, 2006, and does not have a copy of his amended petition. (Motion, at 1.)

As stated above, Petitioner filed a detailed opposition to Respondent's motion to dismiss, with attached exhibits. (Court Doc. 17.) Petitioner is advised that the Clerk does not ordinarily

1

1 provide free copies of documents to parties. The clerk charges $.50 per page for copies of
2 documents, plus $9.00 per document for certification.   See 28 U.S.C. § 1914(a). Copies up to
3 20 pages may be made by the clerk's office at this court upon request and prepayment of the copy
4 fees. Further, Petitioner merely makes a blanket request for a copy of the amended petition,
5 without providing any details of how it is needed to prosecute this action, particularly in light of
6 the fact that Petitioner filed a thorough opposition to Respondent's motion.

7     Accordingly, Petitioner's request for a copy of the amended petition, is DENIED.

9     IT IS SO ORDERED.

10     Dated:   **September 25, 2006**               **/s/ Dennis L. Beck**
    3b142a                                                             UNITED STATES MAGISTRATE JUDGE