1

2

3

4

5

6

7                                UNITED STATES DISTRICT COURT

8                                EASTERN DISTRICT OF CALIFORNIA

9

10   LEE PEYTON,                          )        1:05-CV-01334-REC-DLB-HC
                                          )
11        Petitioner,                     )
                                          )        ORDER GRANTING EXTENSION OF
12       v.                               )        TIME TO FILE OBJECTIONS
                                          )
13   JEANICE WOODWORD,                    )        (Doc. 20)
                                          )
14        Respondent.                     )
     _____ )

15

16        Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C.

17   § 2254.  On September 18, 2006, petitioner filed a request for an extension of time to file objections to

18   the Magistrate's findings and recommendations of August 28, 2006.  Good cause having been presented

19   to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

20        Petitioner is granted thirty days from the date of service of this order in which to file objections.

21

22        IT IS SO ORDERED.

23   **Dated:    October 18, 2006**                          **/s/ Dennis L. Beck**
     ah0l4d                                         UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28