UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

LEE PEYTON,                              )          1:05-CV-01334-REC-DLB-HC
                                         )
        Petitioner,                      )
                                         )          ORDER GRANTING SECOND
    v.                                   )          EXTENSION OF TIME TO FILE
                                         )          OBJECTIONS
JEANICE WOODWORD,                        )
                                         )          (Doc. 23)
        Respondent.                      )
_____)

        Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C.

§ 2254.  On October 25, 2006, petitioner filed a request for a second extension of time to file objections

to the Magistrate's findings and recommendations of August 28, 2006.  Good cause having been

presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

        Petitioner is granted thirty days from the date of service of this order in which to file objections.


        IT IS SO ORDERED.

    Dated:   **November 17, 2006**          _____/s/ **Dennis L. Beck**_____
ah0l4d                                      UNITED STATES MAGISTRATE JUDGE