UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE PEYTON,<br><br>            Petitioner,<br><br>v.<br><br>JEANICE WOODFORD,<br><br>            Respondent. | 1:05-cv-01334-AWI-DLB-HC<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 19)<br><br>**ORDER GRANTING MOTION TO DISMISS** (Doc. 16)<br><br>**ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS**<br><br>**ORDER DIRECTING CLERK TO ENTER JUDGMENT** |

Petitioner is a state prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

On August 28, 2006, the Magistrate Judge filed Findings and Recommendations that Respondent's motion to dismiss be GRANTED, and the instant petition for writ of habeas corpus be DISMISSED, without prejudice, as MOOT and UNEXHAUSTED. These Findings and Recommendations were served on all parties and contained notice that any objections were to be filed within thirty (30) days from the date of service of that order. On September 18, 2006 and October 25, 2006, respectively, Petitioner filed a motion to extend time. On October 20, 2006 and November 17, 2006, respectively, the court granted Petitioner an additional thirty (30) days within which to respond. On November 15, 2006, Petitioner filed objections to the Findings and Recommendations. However, on November 29, 2006, Petitioner filed a motion to extend time to file

1

1 supplemental objections.  On December 8, 2006, the court granted
2 Petitioner thirty (30) days within which to respond.  On December
3 26, 2006, Petitioner filed a motion for injunctive relief, which
4 the Court denied on January 11, 2007, and granted Petitioner twenty
5 (20) days within which to file any supplemental objections.  (Court
6 Docs. 31, 32.) On January 23, 2007, Petitioner filed a motion
7 requesting a ruling on his petition.  (court Doc. 33.)

In accordance with the provisions of 28 U.S.C. § 636
(b)(1)(C), this Court has conducted a *de novo* review of the case.
Having carefully reviewed the entire file, including Petitioner's
objections, the Court concludes that the Magistrate Judge's
Findings and Recommendations are supported by the record and proper
analysis.  Petitioner's objections present no grounds for
questioning the Magistrate Judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.   The Findings and Recommendations, filed August 28, 2006,
are ADOPTED IN FULL;

2.   Respondent's motion to dismiss, filed June 26, 2006, is
GRANTED;

3.   The instant petition for writ of habeas corpus is
DISMISSED, without prejudice, as MOOT and UNEXHAUSTED; and,

4.   The Clerk of Court enter judgment.

IT IS SO ORDERED.

**Dated:  March 5, 2007**                /s/ Lawrence J. O'Neill
b9ed48                                   UNITED STATES DISTRICT JUDGE

2